IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHARI L. HAMILTON                                                                                                    PLAINTIFF

vs.                                              Civil No. 6:21-cv-06155

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                              DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation (ECF No. 20) filed November 28, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and this case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** this 15th day of December 2022.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**